■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER THOMPSON, Appellant. [627 NYS2d 515] —Motion by the appellant to direct the Supreme Court, Queens County, to conduct a reconstruction hearing with respect to the minutes of a *Sandoval* hearing on an appeal from a judgment of the Supreme Court, Queens County, rendered August 12, 1991, under Indictment No. 4005/90.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

Ordered that the motion is denied.

The defendant seeks a reconstruction hearing on the grounds that upon "information and belief", he was not present at the *Sandoval* hearing. However, the court records indicate that, in fact, the defendant was present at the *Sandoval* hearing, appearing with his attorney. Since it can be ascertained from the record that the defendant was present at the *Sandoval* hearing, a reconstruction hearing is not required *(cf., People v Michalek,* 82 NY2d 906). Miller, J. P., Pizzuto, Joy and Krausman, JJ., concur.